FILED

09/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0256

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0256

---

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CHARLES DAVID AMENT,

Defendant and Appellant.

ORDER

---

On September 19, 2024, self-represented Appellant Charles David Ament drafted a motion for appointment of counsel as well as an extension of time. This Court received and filed his motion on September 23, 2024. We observe from this Court's docket that Ament filed his opening brief on June 24, 2024, and that the State filed its response brief on September 10, 2024. Ament's reply brief was due within fourteen days, or by September 24, 2024.

As grounds for his motion, Ament states that he is currently placed at WATCh and has no access to legal resources. He requests an extension of thirty days "to allow the building of a coherent argument with case law references . . . ." He further states that he believes he meets the eligibility requirements of appointed counsel. Ament acknowledges that he received a copy of the State's response brief.

Although his motion arrives late with this Court, Ament has the right to counsel's representation, and he may be entitled to appointment of counsel in this appeal. Section 46-8-103(1), MCA. We point out that counsel would be required to file a reply brief. Therefore,

IT IS ORDERED that Ament's Motion for Appointment of Counsel is GRANTED. The Appellate Defender Division shall have ten days from the date of this Order within which to file either a Notice of Appearance or a Motion to Rescind this Order appointing counsel.

IT IS FURTHER ORDERED that Ament's Motion for Extension of Time is GRANTED and the reply brief is due within <u>forty</u> days of this Order.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Appellate Defender Division, counsel of record, and Charles David Ament personally.

DATED this 25th day of September, 2024.

For the Court,

By _____
            Chief Justice

2